1 LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
2 **JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
3 Las Vegas, Nevada 89101
Tel: (702) 921-2460
4 Fax: (702) 921-2461
E-Mail: lisa.mcclane@jacksonlewis.com

*Attorneys for Defendant*
*Pro-Vigil, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JULIUS CZUDAR, | Case No.: 2:19-cv-01784-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT RESPOND TO PLAINTIFF'S COMPLAINT** |
| PRO-VIGIL, INC., a foreign Corporation headquartered in Texas, | |
| Defendant. | **(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff Julius Czudar ("Plaintiff"), through his counsel Mullins & Trenchak, Attorneys at Law, and Defendant Pro-Vigil, Inc., ("Defendant"), through its counsel Jackson Lewis P.C., that Defendant shall have up to and including Tuesday, December 3, 2019, in which to respond to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1. That Defendant's answer or response is currently due on November 19, 2019.

2. That this is the first request for an extension of time for Defendant to respond to Plaintiff's Complaint.

3. That such an extension is necessary because defense counsel requires additional time to investigate facts that will allow for an informed response to the pending Complaint.

4. That this request is made in good faith and not for the purpose of delay.

///

5. That nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 15th day of November, 2019.

| MULLINS & TRENCHAK, ATTORNEYS AT LAW | JACKSON LEWIS P.C. |
|---|---|
| */s/ Philip J. Trenchak*<br>PHILIP J. TRENCHAK, ESQ.<br>Nevada State Bar No. 9924<br>VICTORIA C. MULLINS, ESQ.<br>Nevada State Bar No. 13546<br>1614 S. Maryland Parkway<br>Las Vegas, Nevada 89104<br><br>*Attorneys for Plaintiff*<br>*Julius Czudar* | */s/ Lisa A. McClane*<br>LISA A. MCCLANE, ESQ.<br>Nevada Bar No. 10139<br>300 S. Fourth Street, Ste. 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant*<br>Pro-Vigil, Inc |

**ORDER**

IT IS SO ORDERED:

~~United States District Court Judge~~
United States Magistrate Judge

Dated: November 20, 2019

4851-5037-0989, v. 1