1 LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
2 **JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
3 Las Vegas, Nevada 89101
Tel: (702) 921-2460
4 Fax: (702) 921-2461
E-Mail: lisa.mcclane@jacksonlewis.com

*Attorneys for Defendant*
*Pro-Vigil, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JULIUS CZUDAR, | Case No.: 2:19-cv-01784-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT RESPOND TO PLAINTIFF'S COMPLAINT** |
| PRO-VIGIL, INC., a foreign Corporation headquartered in Texas, | |
| Defendant. | **(Second Request)** |

 IT IS HEREBY STIPULATED by and between Plaintiff Julius Czudar ("Plaintiff"), through his counsel Mullins & Trenchak, Attorneys at Law, and Defendant Pro-Vigil, Inc., ("Defendant"), through its counsel Jackson Lewis P.C., that Defendant shall have up to and including Tuesday, December 17, 2019, in which to respond to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

 1. That Defendant's answer or response is currently due on December 3, 2019.

 2. That this is the second request for an extension of time for Defendant to respond to Plaintiff's Complaint.

 3. That such an extension is necessary because defense counsel has been out of the office due to familial medical issues and counsel need an opportunity to discuss possible resolution of issues which may alleviate the need for an anticipated motion to dismiss.

 4. That this request is made in good faith and not for the purpose of delay.

5. That nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 2nd<sup>th</sup> day of December, 2019.

| MULLINS & TRENCHAK, ATTORNEYS AT LAW | JACKSON LEWIS P.C. |
|---|---|
| */s/ Philip J. Trenchak* <br> PHILIP J. TRENCHAK, ESQ. <br> Nevada State Bar No. 9924 <br> VICTORIA C. MULLINS, ESQ. <br> Nevada State Bar No. 13546 <br> 1614 S. Maryland Parkway <br> Las Vegas, Nevada 89104 <br><br> *Attorneys for Plaintiff* <br> *Julius Czudar* | */s/ Lisa A. McClane* <br> LISA A. MCCLANE, ESQ. <br> Nevada Bar No. 10139 <br> 300 S. Fourth Street, Ste. 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* <br> Pro-Vigil, Inc |

## **ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: December 2, 2019

4851-5037-0989, v. 2