| | |
|---|---|
| 1 | LISA A. MCCLANE, ESQ. |
| | Nevada Bar No. 10139 |
| 2 | **JACKSON LEWIS P.C.** |
| | 300 S. Fourth Street, Suite 900 |
| 3 | Las Vegas, Nevada 89101 |
| | Tel: (702) 921-2460 |
| 4 | Fax: (702) 921-2461 |
| | E-Mail: lisa.mcclane@jacksonlewis.com |
| 5 | |
| | *Attorneys for Defendant* |
| 6 | *Pro-Vigil, Inc.* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| | JULIUS CZUDAR, | Case No.: 2:19-cv-01784-GMN-NJK |
| | Plaintiff, | |
| | vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT RESPOND TO PLAINTIFF'S COMPLAINT** |
| | PRO-VIGIL, INC., a foreign Corporation headquartered in Texas, | |
| | Defendant. | **(Third Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff Julius Czudar ("Plaintiff"), through his counsel Mullins & Trenchak, Attorneys at Law, and Defendant Pro-Vigil, Inc., ("Defendant"), through its counsel Jackson Lewis P.C., that Defendant's time to respond to Plaintiff's Complaint shall be extended an additional twenty-one (21) days after Plaintiff files an Amended Complaint. This Stipulation is submitted and based upon the following:

1. That Defendant's answer or response is currently due on December 17, 2019.

2. That this is the third request for an extension of time for Defendant to respond to Plaintiff's Complaint.

3. That Defendant was prepared to file a motion to dismiss to address various deficiencies in Plaintiff's Complaint;

4. That Plaintiff anticipates filing an Amended Complaint to address these deficiencies by January 15, 2020;

5. That Defendant shall have twenty-one (21) days after Plaintiff files his Amended Complaint to file a response.

6. That nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 17th day of December, 2019.

| MULLINS & TRENCHAK, ATTORNEYS AT LAW | JACKSON LEWIS P.C. |
|---|---|
| /s/ Philip J. Trenchak<br>PHILIP J. TRENCHAK, ESQ.<br>Nevada State Bar No. 9924<br>VICTORIA C. MULLINS, ESQ.<br>Nevada State Bar No. 13546<br>1614 S. Maryland Parkway<br>Las Vegas, Nevada 89104<br><br>*Attorneys for Plaintiff*<br>*Julius Czudar* | /s/ Lisa A. McClane<br>LISA A. MCCLANE, ESQ.<br>Nevada Bar No. 10139<br>300 S. Fourth Street, Ste. 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant*<br>Pro-Vigil, Inc |

## **ORDER**

IT IS SO ORDERED:

_____
~~United States District Court Judge~~
United States Magistrate Judge

Dated: December 18, 2019

4852-7368-0558, v. 1