| | |
|---|---|
| 1 | LISA A. MCCLANE, ESQ. |
| | Nevada Bar No. 10139 |
| 2 | PHILLIP C. THOMPSON, ESQ. |
| | Nevada Bar No. 12114 |
| 3 | **JACKSON LEWIS P.C.** |
| | 300 S. Fourth Street, Suite 900 |
| 4 | Las Vegas, Nevada 89101 |
| | Tel: (702) 921-2460 |
| 5 | Fax: (702) 921-2461 |
| | E-Mail: lisa.mcclane@jacksonlewis.com |
| 6 | E-Mail: phillip.thompson@jacksonlewis.com |

*Attorneys for Defendant Pro-Vigil, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JULIUS CZUDAR, | Case No.: 2:19-cv-01784-GMN-NJK |
| Plaintiff, | **DEFENDANT'S UNOPPOSED REQUEST FOR EXCEPTION FROM ATTENDANCE AT EARLY NEUTRAL EVALUATION** |
| vs. | |
| PRO-VIGIL, INC., a foreign Corporation headquartered in Texas, | |
| Defendant. | |

Defendant PRO-VIGIL, INC. ("Pro-Vigil" or "Defendant"), by and through its counsel Jackson Lewis P.C., respectfully requests an exception to the early neutral evaluation ("ENE") attendance requirements. Specifically, Defendant requests that Defendant's insurance carrier be excused from attending the ENE in person. The carrier representative will be available by telephone.

This request for exception is based on the fact that, although Defendant is insured with Hartford, Defendant has a substantial self-insured retention and any resolution of this matter at the ENE will be funded by Defendant. In addition, the representative for Hartford is located out of state and would be required to incur significant time and expense to travel to the ENE. The insurance representative's absence will not adversely affect the ENE, and those present will have the appropriate settlement authority to reach a reasonable resolution at the ENE. Counsel for Defendant has discussed this request with counsel for Plaintiff, who has indicated that Plaintiff has no objection to this request.

Based on the foregoing, Defendant respectfully requests Defendant's carrier be excused from in person attendance at the ENE currently scheduled for March 19, 2019, at 9:00 a.m. The carrier representative will be available telephonically.

Dated this 5th day of March, 2020.

JACKSON LEWIS P.C.

*/s/ Phillip C. Thompson*
LISA A. MCCLANE, ESQ.,
Nevada Bar No. 10139
PHILLIP C. THOMPSON, ESQ.
Nevada Bar No. 12114
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant Pro-Vigil, Inc.*

**ORDER**

IT IS SO ORDERED this 6th day of March 2020.

U.S. District/Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 5th day of March 2020, I caused to be served via the Court's CM/ECF Filing, a true and correct copy of the above foregoing **DEFENDANT'S UNOPPOSED REQUEST FOR EXCEPTION FROM ATTENDANCE AT EARLY NEUTRAL EVALUATION** properly addressed to the following:

Philip J. Trenchak
phil@mullinstrenchak.com
Victoria C. Mullins
victoria@mullinstrenchak.com
MULLINS & TRENCHAK
1614 S. Maryland Parkway
Las Vegas, Nevada 89104

*Attorneys for Plaintiff*
*Julius Czudar*

                                                               */s/ Mayela E. McArthur*
                                                               Employee of Jackson Lewis P.C

4842-5185-0678, v. 1