UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIUS CZUDAR, | Case No.: 2:19-cv-01784-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 31) |
| PRO-VIGIL, INC., | |
| Defendant(s). | |

Pending before the Court is the parties' stipulation to extend discovery deadlines. Docket No. 31. The parties request a 120-day extension of the discovery cutoff and dispositive motions and pre-trial order deadlines "to allow for unforeseen delays that the Covid-19 Pandemic has created." *Id.* at 1. Although the Court is sympathetic to the challenges of practicing law during the pandemic and has found good cause for extension when a <u>specific</u> showing has been made that established deadlines cannot be met in a particular case (e.g., because out-of-state depositions cannot move forward with travel or other restrictions), the parties merely submit that the pandemic has created unforeseen delays without explaining specifically what has been delayed and precisely why it was delayed. Accordingly, the Court **DENIES** without prejudice the parties' stipulation. Docket No. 31.

IT IS SO ORDERED.

Dated: July 22, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1