PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
VICTORIA C. MULLINS, ESQ.
Nevada State Bar No. 13546
MULLINS & TRENCHAK, ATTORNEYS AT LAW
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
E: victoria@mullinstrenchak.com
Attorneys for Plaintiff,
*Julius Czudar*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JULIUS CZUDAR, an individual, | CASE NO.: 2:19-cv-001784-GMN-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION FOR DEADLINES** |
| vs. | **(Second Request)** |
| PRO-VIGIL, INC., a foreign corporation headquartered in Texas, | |
| Defendants. | |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On February 28, 2020, this Court entered an Order granting the Stipulated Discovery Plan and Scheduling Order submitted by the parties.

2. This is the first request by the parties to amend the Court's February 28, 2020 Scheduling Order.

3. The parties stipulate and agree to extend the discovery and dispositive motion deadlines for one hundred twenty (120) days as necessary to allow for unforeseen delays that the Covid-19 Pandemic.

1

4. The parties have been diligent but given the pandemic there have been mandated business and office closures, witnesses have been unavailable and/or have limited availability, there has been remote and/or limited access to information necessary to complete discovery, and counsel for the parties have both had medical issues.

5. Plaintiff's Counsel's office had a case of Covid-19 on his staff which necessitated a second shutdown of his business operations which followed the initial shutdown.

6. The parties were forced to continue the initial ENE session because Plaintiff's Counsel was hospitalized for four (4) days with shortness of breath.

7. The ENE session was extended until May 20, 2020, in an attempt to resolve the underlying lawsuit without necessitating the need for further litigation.

8. This Request is not for the purpose of delay and is made in good faith.

### STATEMENT OF DISCOVERY THAT HAS BEEN COMPLETED

Plaintiff served the following disclosures:

  a. Initial Disclosures on March 7, 2020;

  b. First Supplemental Disclosures on March 17, 2020.

Plaintiff served the following discovery requests:

  a. First Set of Interrogatories on April 16, 2020.

  b. First Set of Request for Production of Documents on April 16, 2020.

Defendant served the following disclosures:

  a. Initial Disclosures on March 5, 2020;

  b. First Supplemental Disclosures on April 28, 2020.

Defendant served the following discovery requests:

  a. First Set of Interrogatories on June 10, 2020.

  b. First Set of Request for Production of Documents on June 10, 2020.

## STATEMENT OF DISCOVERY THAT REMAINS TO BE COMPLETED

The parties anticipate that one hundred twenty (120) days should be sufficient to complete Discovery and to avoid further requests for extensions. For the above stated reasons, the parties request that the discovery deadline be extended one hundred twenty (120) days from **August 10, 2020** to **December 10, 2020.**

## PROPOSED SCHEDULE

The parties stipulate and agree that:

1. **Discovery**: The discovery period shall be extended one hundred twenty (120) days from **August 10, 2020** to **December 10, 2020.**

2. **Dispositive Motions**: The parties shall have through and including **January 11, 2021**, to file dispositive motions.

3. **Pre-Trial Order**: If no dispositive motions are filed, the Joint Pretrial Order shall be filed thirty (30) days after the date set for the filing of dispositive motions. Therefore, the Joint Pretrial order shall be filed no later than **February 11, 2021**. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court.

///

///

///

3

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of scheduling deadlines has been made.

Dated this 21st day of July, 2020.

| JACKSON LEWIS P.C. | MULLINS & TRENCHAK |
|---|---|
| /s/ Lisa McClane | /s/ Philip J. Trenchak |
| LISA A. MCCLANE, ESQ. | Philip J. Trenchak, Bar No. 9924 |
| Nevada Bar No. 10139 | Victoria Mullins, Bar No. 13546 |
| 300 S. Fourth Street, Ste. 900 | 1614 South Maryland Pkwy. |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89104 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| Pro-Vigil, Inc | Julius Czudar |

## **ORDER**

IT IS SO ORDERED _____ July 23, 2020.

_____
U.S. Magistrate Judge