# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JULIUS CZUDAR,

    Plaintiff(s),

v.

PRO-VIGIL, INC.

    Defendant(s).

Case No.: 2:19-cv-01784-GMN-NJK

**ORDER**

[Docket No. 35]

Pending before the Court is the parties' stipulation to extend discovery deadlines. Docket No. 35. A request to extend deadlines in the Court's scheduling order must be supported by a showing of good cause for the extension. Local Rule 26-3; *see also Johnson v. Mammoth Recreations, Inc.,* 975 F.2d at 608–09.[1] A request to extend deadlines must also provide "[a] specific description of the discovery that remains to be completed." Local Rule 26-3(b).

Here, the parties fail to provide a specific description of the discovery that remains to be completed. *See* Docket No. 35 at 3. Further, the stipulation requests a 90-day extension in some sections and a 120-day extension in others. *Compare id.* at 1, 2, *with id.* at 3.

Accordingly, the Court **DENIES** the parties' stipulation without prejudice. Docket No. 35.

IT IS SO ORDERED.

Dated: November 19, 2020

Nancy J. Koppe
United States Magistrate Judge

---

[1] The "good cause" standard in Local Rule 26-3 is the same as the standard governing modification of the scheduling order under Fed. R. Civ. P. 16(b).

1