# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIUS CZUDAR, | Case No.: 2:19-cv-01784-GMN-NJK |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **MOTION FOR LEAVE TO WITHDRAW ATTORNEY LISA A. MCCLANE FROM** |
| PRO-VIGIL, INC., a foreign Corporation headquartered in Texas, | **CASE** |
| Defendant. | |

Defendant Pro-Vigil, Inc., by and through its counsel Jackson Lewis P.C., hereby requests leave of Court to remove attorney Lisa A. McClane as counsel of record from the above captioned case and the Court's docket. Ms. McClane is no longer an employee of Jackson Lewis P.C. and her withdrawal will not cause any delay in the action. Deverie J. Christensen will be lead counsel of record for Defendant.

Dated this 23rd day of June, 2021.

JACKSON LEWIS P.C.

*/s/ Deverie J. Christensen*
Deverie J. Christensen
Nevada Bar No. 6596
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101

*Attorney for Defendant*
*Pro-Vigil, Inc*

IT IS SO ORDERED.

Dated: June 24, 2021

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE